Cassidy v Livingston County
2026 NY Slip Op 04111
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

STEPHEN CASSIDY, PLAINTIFF-RESPONDENT,
v
LIVINGSTON COUNTY AND LIVINGSTON COUNTY SHERIFF'S DEPARTMENT, DEFENDANTS-APPELLANTS.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 26, 2026
533 CA 25-00888
Present: Whalen, P.J., Curran, Ogden, Greenwood, And Hannah, JJ.

PHILLIPS LYTLE LLP, BUFFALO (RYAN A. LEMA OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
HERMAN LAW, NEW YORK CITY (CRAIG BERNHARDT OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

Appeal from an order of the Supreme Court, Livingston County (Deborah A. Chimes, J.), entered May 19, 2025. The order directed defendants to produce unredacted documents to Supreme Court for in camera review.
[*1]
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: In an action to recover damages for personal injuries pursuant to the Child Victims Act (see CPLR 214-g), defendants appeal from an order that directed the in camera review of unredacted documents sought by plaintiff in a motion to compel discovery. We conclude that the appeal must be dismissed. "Inasmuch as the order effectively defe[rs] the determination of the . . . motion [until] the completion of [Supreme Court's] in camera review, it does not affect a substantial right of defendant[s], and thus no appeal lies as of right therefrom" (Schwartz v Schwartz [appeal No. 2], 238 AD3d 1514, 1516 [4th Dept 2025] [internal quotation marks omitted]; see CPLR 5701 [a] [2] [v]; H.M. v Roman Catholic Diocese of Brooklyn, 242 AD3d 735, 736 [2d Dept 2025]; Buhler v Sheridan, 134 AD2d 822, 822 [4th Dept 1987]).
Entered: June 26, 2026
Ann Dillon Flynn
Clerk of the Court